UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL STOCKDALE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-04561-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's August 16, 2019, order granting the motion for summary judgment of Plaintiff Raquel Anna Stockdale, denying the Commissioner's cross-motion for summary judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: August 16, 2019

SUSAN VAN KEULEN
United States Magistrate Judge